**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed February 13, 2014.**



In The

# Fourteenth Court of Appeals

## NO. 14-14-00119-CV

### IN RE EDWARD R. NEWSOME, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-24410**

---

## MEMORANDUM OPINION

On February 4, 2014, relator Edward R. Newsome filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks that we compel Corina Teniete, Court

Coordinator of the 151st District Court of Harris County, to reinstate his underlying case.[1]

This Court's mandamus jurisdiction is governed by Section 22.221 of the Texas Government Code. Section 22.221 expressly limits the mandamus jurisdiction of the courts of appeals to: (1) writs against a district court judge or a county court judge in the court of appeals' district, and (2) all writs necessary to enforce the court of appeals' jurisdiction. Tex. Gov't Code Ann. § 22.221. The Court Coordinator of the 151st District Court is not a district court or county court judge in this Court's district, and relator has not shown that the issuance of a writ compelling the requested relief is necessary to enforce this Court's appellate jurisdiction. Therefore, we do not have jurisdiction to issue a writ of mandamus against the respondent.

Accordingly, relator's petition for writ of mandamus is ordered dismissed for lack of jurisdiction.

PER CURIAM

Panel Consists of Justices Boyce, Christopher, and Brown.

---

[1] We interpret the document filed by relator as a petition for writ of mandamus. Although relator refers to the First Court of Appeals, the trial court cause number, to which he refers in his petition, 2012-24410, is related to prior proceedings relator filed in this court. *See In re Newsome*, Nos. 14-12-01083-CV & 14-12-01084-CV, 2012 WL 6163124 (Tex. App.—Houston [14th Dist.] Dec. 11, 2012, orig. proceeding) (mem. op.). Therefore, relator's petition was appropriately filed in this Court

Relator also included with his mandamus petition, an amended motion for leave to file a notice appeal pursuant to Rule 26.1. *See* Tex. R. App. P. 26.1. We forwarded relator's motion to the Harris County District Clerk to file the document and assign the appeal to this Court.